# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Vincent L. Ealom, | ) | CASE NO. 1:24-cv-00891 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| v. | ) | |
| | ) | |
| University Circle Police Department *et al.*, | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

The Court has filed its Memorandum Opinion and Orders in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

    IT IS SO ORDERED.

Date: August 22, 2025        s/Jonathan D. Greenberg
                                            United States Magistrate Judge